# *Marlon G. Kirton, P.C.*

_____

| *Marlon G. Kirton, Esq.* | *New York City:* | *Nassau County:* |
|---|---|---|
| | *230 Park Ave. Suite, 1000* | *175 Fulton Ave. Suite 305* |
| _____ | *New York, N.Y. 10169* | *Hempstead, N.Y. 11550* |
| | *Tel # (646) 435 - 5519* | *Tel # (516) 833 - 5617* |
| | *Fax # (212) 808 - 3020* | *Fax # (516) 833 - 5620* |

April 30, 2016

VIA ELECTRONIC FILING

Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Nico Burrell, 15 cr. 95 (AJN)*

Dear Judge Nathan:

I represent Robert Feliciano in the above referenced matter. The case is scheduled for a conference on Monday, May 2, 2016. Mr. Feliciano is scheduled for the 10:00 a.m. conference. I am unable to attend as I have a hearing with multiple witnesses scheduled for the same day.[1]  I am arranging for coverage with my colleagues. I have also notified Mr. Feliciano concerning my scheduling conflict. I have no objection to the Government's proposed schedule. I have no objection to the appointment of a Discovery Coordinator. I will notify the Court, in writing, if my client has any issues with the matters discussed on Monday.

Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

---

[1] *United States v. Brian Kiture*, 15 cr. 742 (KPF).

cc: Rachel Maimin, Assistant United States Attorney (via electronic filing)
   Micah W.J. Smith, Assistant United States Attorney (via electronic filing)
   Hagan Scotten, Assistant United States Attorney (via electronic filing)
   Jessica Feinstein, Assistant United States Attorney (via electronic filing)
   Drew T. Johnson-Skinner, Assistant United States Attorney (via electronic filing)
   All Defense Counsel (via electronic filing)