

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Robert Feliciano*, 15 Cr. 95 (JPC)

Dear Judge Cronan:

The Government respectfully submits this letter on behalf of the parties to provide an update regarding defendant Robert Feliciano. On January 19, 2023, the Court adjourned the defendant's violation of supervised release conference *sine die* while the parties obtained more information about the defendant's recent arrest.

Based on an arrest report provided by Probation, the Government understands that on January 18, 2023, the New York City Police Department arrested the defendant for an alleged sale of narcotics. The defendant is now out of custody. Probation will amend the violation of supervised release report to include specifications related to the January 18 arrest.

The parties respectfully request that the Court set a conference next week to arraign the defendant on the new violation specifications. The parties are available Tuesday January 24 in the afternoon, Wednesday January 25, and Thursday January 26 after 1:00 p.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s_____
Jessica Feinstein
Assistant United States Attorney
Tel. (212) 637-1946

cc:   Jessica Masella, Esq.
Probation Officer Godwin Ogunmefun

The Court will hold a status conference on January 24, 2023, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 to arraign Defendant on the new violation specifications. The Government shall file a letter by January 23, 2023, at 5:00 p.m. providing any details it has learned concerning Defendant's two most recent arrests and addressing its position on whether bail should be revoked. Defendant also may submit a letter addressing the issue of remand by January 23, 2023, at 5:00 p.m.

SO ORDERED.

January 20, 2023
New York, New York

JOHN P. CRONAN
United States District Judge